AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-03063-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRANSPORTATION SECURITY ADMINISTRATION
was received by me on *(date)* 04/24/2025 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to Fed. R. Civ. P. 4 (i), I served the Transportation Security Administration via Certified Mail to Office of the Chief Counsel - 601 South 12th Street, Arlington, VA 20598-6002. Attached as proof of delivery, is the USPS Tracking Receipt.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/05/2025

/s/ Lisa Jackson
*Server's signature*

Lisa Jackson
*Printed name and title*

Wilshire Law Firm
3055 Wilshire Blvd. 12th Floor
Los Angeles, CA 90012
*Server's address*

Additional information regarding attempted service, etc:
Attached is the return receipt as proof of delivery.

Documents served: Complaint; Attachment A List of Defendants for Summons; ADR Information Package; Civil Cover Sheet; x2 Order Setting Initial Case Management Conference and ADR Deadlines; x2 Consent/ Decline to Jurisdiction of US Magistrate Judge; Request for ADR (blank)Standing Order; Stipulation and Proposed (blank); Notice of Assignment.

USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9489009000276637963530

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:29 pm on April 24, 2025 in DHS, VA 20598.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
DHS, VA 20598
April 24, 2025, 12:29 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
April 24, 2025, 6:35 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃



# Wilshire Law Firm, PLC

3055 Wilshire Blvd., 12th floor
Los Angeles, CA 90010

To:

**Transportation Security Administration (TSA)**
**Office of the Chief Counsel**
601 South 12th Street
Arlington, VA 20598-6002
**(222290)**



9489 0090 0027 6637 9635 30

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

UNITED STATES POSTAL SERVICE® CERTIFIED MAIL®



9489 0090 0027 6637 9635 30

Label 890-PB, Oct. 2015
Pitney Bowes